IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CROWN DISTRIBUTING LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| PEACEFULL CHOICE DISTRIBUTION LLC, TERRY VICKERY, CANNA-WEALTH ELEVATION LLC, and ISLAND CONSULTING INC, | § § § § § § | No. 3:20-cv-3404-K |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Objections are OVERRULED.

Plaintiff's Motion for Default Judgment (ECF No. 144] is DENIED.

**SO ORDERED.**

Signed February 14th, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE